UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZWAN AZAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL MORTGAGE<br>COMPANY; et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-01341<br>VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Central Mortgage Company and Deutsche Bank National Trust Company is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.


Dated: September 30, 2010　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge