**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-01341 VAP(OPx)                         Date:  November 16, 2010

Title:     RIZWAN AZAM -v- CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; MTC FINANCIAL, INC. DBA TURSTEE CORPS; LOAN CENTER OF CALIFORNIA, INC, A CALIFORNIA CORPORATION; AND DOES 1-100, INCLUSIVE
==============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                              None Present
         Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFFS:                            DEFENDANTS:

         None                                       None

PROCEEDINGS:        MINUTE ORDER: (1) GRANTING MOTION TO DISMISS WITHOUT PREJUDICE; (2) VACATING NOVEMBER 29, 2010 HEARING (IN CHAMBERS)

     The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendant MTC Financial, Inc., dba Trustee Corps ("Defendant").  Defendant's Motion is appropriate for resolution without a hearing.  See Fed. R. Civ. P. 78; L.R. 7-15.

MINUTES FORM 11                                    Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                     Page 1

**EDCV 10-01341 VAP(OPx)**
**RIZWAN AZAM v CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; MTC FINANCIAL, INC. DBA TURSTEE CORPS; LOAN CENTER OF CALIFORNIA, INC, A CALIFORNIA CORPORATION; AND DOES 1-100, INCLUSIVE**
**MINUTE ORDER of November 16, 2010**

     Defendant filed its Motion on October 27, 2010, to be heard on November 29, 2010.  Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion.  Plaintiff Rizwan Azam ("Plaintiff") is not represented by counsel.  Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Plaintiff's claims against Defendant are dismissed without prejudice.

     **IT IS SO ORDERED.**