O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZWAN AZAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; MTC FINANCIAL, INC. DBA TURSTEE CORPS; LOAN CENTER OF CALIFORNIA, INC, A CALIFORNIA CORPORATION; AND DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 10-01341 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant MTC Financial, Inc., dba Trustee Corps is DISMISSED

//

//

//

1 | WITHOUT PREJUDICE.  The Court orders that such judgment
2 | be entered.
3 |
4 |
5 | Dated: November 16, 2010
6 |                                  VIRGINIA A. PHILLIPS
                              United States District Judge