1
2
3
4                                           **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  RIZWAN AZAM,                )   Case No. EDCV 10-01341
                                )   VAP(OPx)
12           Plaintiff,         )
                                )   **JUDGMENT**
13      v.                      )
                                )
14  CENTRAL MORTGAGE            )
    COMPANY, et al.,            )
15                              )
             Defendants.        )
16  _____

17
    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
18
         Pursuant to the Order filed herewith, IT IS ORDERED
19
    AND ADJUDGED that Plaintiff's Complaint against Defendant
20
    Loan Center of California, Inc., is DISMISSED WITHOUT
21
    PREJUDICE.  The Court orders that such judgment be
22
    entered.
23

24
25
    Dated: January 28, 2011           _____
26                                      VIRGINIA A. PHILLIPS
                                      United States District Judge
27
28